

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rodriguez, Suzie DEFENDANT(S). | CASE NUMBER SACR11-148-25 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Friday 7/15/11__, at __10:30__ ☐a.m. ☒p.m. before the Honorable __Robert N. Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/13/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge